

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-24-00077-CV |
| IN THE MATTER OF | § | |
| | | Appeal from the |
| F.M.V., | § | |
| | | 65th District Court |
| A JUVENILE. | § | |
| | | Of El Paso County, Texas |
| | § | |
| | | (TC# 2100093) |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for a new trial in accordance with this Court's opinion. It appearing to this Court that Appellant is indigent for purpose of appeal, this Court makes no further order with respect to costs. This decision shall be certified below for observance.

IT IS SO ORDERED this 29th day of July 2025.


LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.